**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
kam@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CASE NO.  16-40100-JMM |
| CESAR AREVALOS, | CHAPTER 13 |
| DEBTOR(S) | |

### Notice of Motion to Dismiss and Opportunity to Object and for a Hearing

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### TRUSTEE'S MOTION TO DISMISS FOR DELINQUENCY

NOW COMES, Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Dismiss states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on February 19, 2016. The Plan was confirmed on July 14, 2016.

2. The plan calls for monthly payments of $375.00.  The Debtor is currently $750.00 in arrears on his plan payments through May, 2018.

3. The Debtor has failed to comply with the terms of the plan and has a material default.

Pursuant to 11 U.S.C. § 1307(c)(6), the court may dismiss a case upon the request of the trustee, for cause, including material default by the debtor with respect to a term of the confirmed plan. Debtor(s) have failed to make plan payments.

WHEREFORE, the trustee respectfully requests that this case be dismissed or for such other relief as this court deems reasonable and fair.

DATED:  June 5, 2018

/s/  Kathleen McCallister
**Kathleen McCallister, Trustee**

### CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on June 5, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Alexandra Caval**
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Cesar Arevalos
218 S. Ruby St.
Boise, ID 83705

/s/ *Joseph Ammirati*
**Joseph Ammirati, Case Analyst**