**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| IN RE: | CASE NO. 16-40100-JMM |
|---|---|
| CESAR HERRERA AREVALOS | CHAPTER 13 |
| Debtor(s) | |

**TRUSTEE'S RESPONSE TO DEBTOR(S)' PROPOSED MODIFICATION OF**
**CHAPTER 13 PLAN**

The Debtor(s)' Proposed Modification of Chapter 13 Plan (docket #40) is:
  ☐ set for hearing on _____.
  ☒ set for negative notice, objections due by July 27, 2018.

1. Relevant case information:
    A. Date case filed ............................................................................................ February 19, 2016
    B. Total needed to complete plan * ......................................................... $15,750
    C. Total paid in  ........................................................................................ $9,375
    D. Balance due* ........................................................................................ $6,375
    E. Monthly payments……... ..................................................................... $375
    F. Plan percentage to unsecured (approximate) ....................................... 31%
    G. Months left to complete per plan ........................................................ .14
    H. Current default (if any) …………………………………………… $1,500

   *Figures contained herein are not payoff figures and may not include tax refunds which are required to be paid into the plan in addition to monthly plan payments. A payoff letter must be requested in writing from the Trustee's office.

2. The proposed modification results in the following:
       ☐   Reduction of payment from $_____per month to $_____per month
       ☐   Reduction in percentage to unsecured claimants from ___ to ___.
       ☒   Increase in length of plan term from  42 to  46  months.
       ☐   Other changes:

3. Reason for proposed modification: Cure default in plan payments caused by change in employment.

4. Trustee's recommendation:
   A. ☐  The Trustee has no objection to the proposed modification.
   B. ☒  The Trustee objects to the proposed modification for the following reasons:
      ☒ The proposed modification is not feasible.
      ☐ The proposed modification will not complete within 60 months [11 USC § 1325(a)(4)].
      ☐ The proposed modification fails to meet the liquidation value [11 USC § 1325(a)(4)].
      ☐ The proposed modification fails to provide for all the Debtor(s)' disposable income [11USC § 1325(b)(1)] based on income higher and, as a result, the Debtor(s) has/have failed to file a Chapter 13 Plan in good faith [11 USC § 1325(a)].
      ☒ The Debtor(s) has/have failed to cooperate with the Trustee [11 USC § 521(a)(3) & (4)] as the following document(s) was/were not provided: Amended schedules I and J and proof of current income.

5. Trustee's Notes: Trustee is unable to determine if the proposed modification is feasible as Debtor has not documented his current income and expenses.  Additionally since Debtor is now self-employed Trustee will need periodic profit loss statements

   WHEREFORE, the Trustee,
   ☒ objects to the Debtor(s) Motion to Modify the Confirmed Plan  subject to receiving amended schedules and proof of income.
   ☐ does not object to the Debtors' Motion to Modify the Confirmed Plan subject to the time for objections having passed.

DATED:  July 19, 2018

                                        /s/  Kathleen McCallister
                                        **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on July 19, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**Cesar Herrera Arevalos**
**10034 W Garverdale Ln, Apt #202**
**Boise, ID 83704**


　　　　　　　　　　　　　　　　　　　　　　　　 **/s/** Kathleen McCallister
　　　　　　　　　　　　　　　　　　　　　　　　**Kathleen McCallister, Trustee**