# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Cesar Herrera Arevalos | CASE NO. 16-40100-JMM |

## AGREED ORDER MODIFYING PLAN AND RESOLVING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** coming before the Court on Trustee's Motion to Dismiss for material default (docket no. 38) and Debtor's Motion to Modify the Confirmed plan (docket no. 40) to cure the default be extending the plan from 42 months to 46 months so that he can cure the default created from his failure to make plan payments, Trustee having objected as Debtor had failed to file amended schedules demonstrating that the proposed modification was feasible and Debtor subsequently filing amended schedules and completing a business meeting, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtor's plan is modified such that the plan shall be extended from 42 months to 46 months so that Debtor can pay the plan payments due in April, May, June and July 2018 at the end of the plan.

**IT IS FURTHER ORDERED** that the Debtor shall file amended schedules if he has a change in income, receives income from any other source besides his self-employment as set forth in the amended schedule I and J filed on October 26, 2018 docket no. 45 or has an increase in income of more than 15% of his current net income listed at $1,508 per month.

**IT IS FURTHER ORDERED** that all of the remaining terms and conditions of Debtors' confirmed plan shall remain in full force and effect.



DATED:  December 10, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister, Trustee

/s/_____
Alexandra O Caval, Attorney for Debtor(s)